# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 99-MJ-06898-GEE (FRZ) |
| Plaintiff(s), | ORDER |
| vs. | |
| Daniel Lujan Diaz, | |
| Defendant(s). | |

The Court having received the report dated November 18, 2010 from the Federal Medical Center in Rochester, Minnesota and counsel having no objection,

IT IS ORDERED that the recommendation contained in the report is ADOPTED and attempts shall continue to be made to locate an appropriate conditional release facility under conditions that would assure continued appropriate mental health treatment. Understanding that attempts will continue to be undertaken to secure a suitable conditional release plan,

IT IS FURTHER ORDERED that the Defendant shall remain in custody pursuant to the Court's previous order and pursuant to Title 18 U.S.C. § 4246.  It is recommended that attempts be made to find a suitable treatment facility in or near the State of Arizona.

IT IS FURTHER ORDERED that an annual risk assessment report continue to be provided to the Court.

DATED this 10th day of February, 2011.

Frank R. Zapata
Senior United States District Judge

CNSL (Torres)
AUSA (Duryee)

FMC - Rochester
P. O. Box 4600
Rochester, MN 55903-4600